JONATHAN P. HOBBS (SBN: 186045)
City Attorney
*jhobbs@elkgrovecity.org*
SUZANNE E. KENNEDY (SBN: 251339)
Assistant City Attorney
*skennedy@elkgrovecity.org*
BRIANNE O'SULLIVAN (SBN: 350071)
Deputy City Attorney
*bosullivan@elkgrovecity.org*
CITY OF ELK GROVE
City Attorney's Office
8401 Laguna Palms Way
Elk Grove, California 95758
Phone: (916) 683-7111
Fax: (916) 627-4100

Attorneys for Defendants
CITY OF ELK GROVE, BOBBIE SINGH-ALLEN MAYOR OF ELK GROVE, SARAH HUMLIE (erroneously sued as "SARAH HUMLIEM"), ALICIA CRIPPEN AKA ALICIA NERONDE, AND ROBERT DAVIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PARRET,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF ELK GROVE, et al.,<br><br>    Defendants. | CASE NO.: 2:24-cv-02582-JAM-AC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff JOHN PARRETT ("Plaintiff") and Defendants CITY OF ELK GROVE, BOBBIE SINGH-ALLEN MAYOR OF ELK GROVE, SARAH HUMLIE (erroneously sued as "SARAH HUMLIEM"), ALICIA CRIPPEN AKA ALICIA NERONDE, AND ROBERT DAVIS (collectively, "Defendants") stipulate, by and through their respective counsel of record, and

subject to approval of the Court, to a dismissal of this case pursuant to the following terms:

1. Defendant City of Elk Grove shall pay Plaintiff's counsel of record, Christine Kelly, **$6,250.00** for attorneys' fees and costs incurred by Plaintiff. Payment shall be made to Plaintiff's counsel by check to be delivered to, and made to the payee as directed by Plaintiff's counsel, within 15 days of notice of entry of this Order.

2. The dog known as "Audi," that is the subject of this case, may never return to the State of California, and Plaintiff shall so ensure that the dog Audi never returns to the State of California.

3. This case shall be **DISMISSED with prejudice**.

**IT IS SO STIPULATED**

Dated: April 22, 2025    CITY OF ELK GROVE
City Attorney's Office

/s/ JONATHAN P. HOBBS
By: Jonathan P. Hobbs, City Attorney
Attorney for Defendants

Dated: April 17, 2025    THE ANIMAL LAW OFFICE

/s/ CHRISTINE KELLY
By: Christine Kelly
Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: April 25, 2025    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE